IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>      Plaintiff,<br><br>  -v-<br><br>NEXTGEN LEADS, LLC<br><br>      Defendants. | Civil Case Number:  2:22-cv-01975-GJP |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDCIE

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses Defendant, **NEXTGEN LEADS, LLC** in the above-captioned matter, with prejudice. All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   September 01, 2022

/s/ Ari Marcus
Ari Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: Ari@marcuszelman.com
*Attorneys for Plaintiff*